ACCEPTED
04-15-00052-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/26/2015 1:57:23 PM
KEITH HOTTLE
CLERK

# NO. 04-15-00052-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/26/15 1:57:23 PM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

BILLY C. WHITFIELD AND CAROLYN WHITFIELD,

Appellants

v.

CHARLES THOMAS ONDREJ, EDWARD MICHAEL ONDREJ, ELIZABETH ANN
ONDREJ, EVELYN JEAN ONDREJ, HELEN MARIE ONDREJ, KATHRYN SUE
ONDREJ, LORAINE ELLEN ONDREJ, PAUL ANTHONY ONDREJ, CAROL K.
PARIS, AND GENEVIEVE MAHER,

Appellees

On Appeal from the District Court
81st Judicial District
Karnes County, Texas
Trial Court Case 12-10-00231-CVK

## AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

WILLIAM H. OLIVER
State Bar No. 15265200
PIPKIN & OLIVER L.L.P.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78209
Telephone: (210) 820-0082
Fax No.: (210) 820-0077
Attorney for Karen Bradley, Independent Executrix of
the Estate of Appellee Genevieve Maher

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES KAREN BRADLEY, Executrix of the Estate of Appellee Genevieve Maher, and files this Agreed Motion for Extension of Time to File Appellee's Brief, pursuant to Rule 38.6 and 10.5 of the TEXAS RULES OF APPELLATE PROCEDURE, and for good cause shows the following:

I.

Appellant's Brief was filed in this case on June 8, 2015, after two extensions of time. Therefore, Appellee's Brief is due on or before July 8, 2015.

II.

Appellee requests a thirty (30) day extension to August 7, 2015.

III.

Appellee's counsel has conferred with the attorney for Appellants and Appellants agrees to the extension of thirty (30) days.

IV.

The reason for the extension is that between scheduled vacation time and a deposition schedule driven by the expiration of the discovery period in a federal case (*IAS Service Group, LLC v. Jim Buckley & Associates, Inc., et al.*, Civil Action No. 5:14-cv-00180-FB, in the United States District Court for the Western District of Texas, San Antonio Division), Appellee has had limited opportunity to review Appellant's Brief and draft a concise response.

V.

This is Appellee's first extension of time to file Appellee's Brief.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee Karen Bradley, Executrix of the Estate of Appellee Genevieve Maher, prays that this Court grant this Agreed Motion for Extension of Time to File Appellee's Brief.

Respectfully submitted,

PIPKIN &  OLIVER, L.L.P.
1020 Northeast Loop 410, Suite 810
San Antonio, Texas  78209
Telephone: (210) 820-0082
Telecopier: (210) 820-0077

By: /s/ William H. Oliver
      William H. Oliver
      State Bar No. 15265200
ATTORNEYS FOR APPELLEE KAREN
BRADLEY, INDEPENDENT EXECUTRIX
OF THE ESTATE OF GENEVIEVE MAHER,
DECEASED, AND FORMERLY IN HER
CAPACITY OF GUARDIAN OF THE
PERSON AND ESTATE OF GENEVIEVE
MAHER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF has been sent via electronic filing and/or e-mail to the following counsel of record on the 26th day of June, 2015:

James M. "Jamie" Parker, Jr.
Larry D. Warren
NAMAN HOWELL SMITH & LEE
10001 Reunion Place, Suite 600
San Antonio, TX  78216-4140
jparker@namanhowell.com
lwarren@namanhowell.com

Jerry T. Steed
BAUCUM STEED BARKER
1100 N.W. Loop 410, Suite 260
San Antonio, TX  78213
jtsteed@baucumsteedlaw.com

John R. Lane, Jr.
Matthew J. Countryman
Lane & Countryman
8526 N. New Braunfels Ave.
San Antonio, TX  78217
johnlane@jrl-law.com
mcountryman@irl-law.com

Ward H. Thomas, Jr.
126 W. Main
Kenedy, Texas 78119
wardtlaw@aol.com

/s/ William H. Oliver
William H. Oliver